UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC. | CIVIL ACTION NO. 16-0583 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LOUISIANA CRANE & CONSTRUCTION, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 65], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment [Doc. No. 42] is DENIED.

MONROE, LOUISIANA this 5th day of September, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE